1000

## Mae BURDETTE v. FIRST NATIONAL BANK OF MURPHYSBORO et al.
### No. 6431.

Circuit Court of Appeals, Seventh Circuit.

Oct. 28, 1937.

Soelke, Koehn & Loewy, of Chicago, Ill., for appellant.

Harold F. Lindley, of Danville, Ill., for appellees.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellees, and upon consideration of the certificate of the clerk of the District Court of the United States for the Eastern District of Illinois, it is now here ordered, adjudged, and decreed by this court that this cause be docketed in this court and that this appeal be, and the same is hereby, dismissed, with costs.

## In the Matter of Eunice Conroy CARON, Bankrupt.

### Eunice Conroy CARON v. Arthur G. WOLFF, Trustee, etc.
### No. 6370.

Circuit Court of Appeals, Seventh Circuit. Oct. 21, 1937.

John M. Redford, of Milwaukee, Wis., for appellant.

Gold & McCann, of Milwaukee, Wis., for appellee.

Before EVANS, SPARKS, and MAJOR, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs.

## CENTURY INDEMNITY COMPANY, Plaintiff-Appellant, v. STANDARD CAHILL CO., Inc., Defendant-Appellee, Federal Broadcasting Corporation, N. Y. Metropolitan Broadcasting Company, Edward Whitwell, George A. Coats, Paul M. Kuder, Defendants.
### No. 117.

Circuit Court of Appeals, Second Circuit.

Jan. 3, 1938.

Leo E. Sherman, of New York City, for appellant.

James Marshall and R. J. Schosberg, both of New York City, for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

## In the Matter of Lloyd COLE, Bankrupt.

### The UNION CENTRAL LIFE INSURANCE COMPANY, Appellant, v. Lloyd COLE, Appellee.
### No. 7423.

Circuit Court of Appeals, Sixth Circuit.

Dec. 13, 1937.

C. Eugene Smith, of Columbus, Ohio, and O. Raudabaugh, of Cincinnati, Ohio, for appellant.

Orton A. Reid, of Columbus, Ohio, and Elmer McClain, of Lima, Ohio, for appellee.

Before SIMONS, Circuit Judge, and RAYMOND and LEDERLE, District Judges.

PER CURIAM.

Upon consideration of the record and the briefs and oral argument of counsel, it is ordered that the appeal be dismissed and the cause remanded to the District Court for further proceedings according to law.